Judgment and order reversed and complaint dismissed, with costs, upon the ground that the plaintiff failed to make out a case excusing her failure to timely present her claim to the common council and corporation counsel as the statute* requires. All concur.

PETER MISZTAL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

POSTAL TELEGRAPH-CABLE COMPANY, Respondent, v. CITY OF JAMESTOWN, Appellant.— Judgment affirmed, with costs. All concur.

SIMON FLEISCHMANN, Respondent, v. CHARLES H. McCUTCHEON, Appellant.— Judgment affirmed, with costs. Held, we think defendant's testimony brings the action within the rule laid down in the case of *Jamestown Business College Assn.* v. *Allen* (172 N. Y. 291), and that the case was correctly disposed of at the trial. All concur.

FREIDA ORLOCK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

DONOVAN E. WORLEY and Another, Appellants, v. THEODORE B. CLEVENGER, Respondent.— Judgment affirmed, with costs. All concur.

WILLIAM M. POWELL, Plaintiff, v. ADAM G. FRIEDERICH, Defendant.— Defendant's exceptions sustained and motion for new trial granted, with costs to defendant to abide event. Held, 1. That the counterclaim was improperly dismissed. 2. Upon the evidence there was a question of fact which should have been submitted to the jury, whether the parties had not, by the agreement made on September 17, 1918, provided a way by which the notes in suit should be paid out of dividend moneys upon stock to be issued to the defendant by a corporation to be thereafter formed. 3. It was also a question of fact for the jury whether or not the plaintiff breached the agreement. All concur.

ERNEST T. KUHS, Appellant, v. FLOWER CITY TISSUE MILLS COMPANY and Others, Respondents.— Motion to amend 11th finding of fact denied. We are of the opinion that no amendment is necessary, for the reason that under the authority of *City of Buffalo* v. *D., L. & W. R. R. Co.* (190 N. Y. 84) and cases there cited, if there are inconsistent findings, the plaintiff is entitled to the benefit of the finding most favorable to him.

JOHN A. WEISMANTLE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

FRANK N. HOLMAN, Appellant, v. EASTERN FUNDING COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

---

* Laws of 1907, chap. 755, § 632.— [REP.